# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHERRI G. LEHMANN** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 04-2630** |
| **GE GLOBAL INS. HLDG., ET AL.** | **SECTION "L" (4)** |

## ORDER

IT IS ORDERED that the Plaintiff's Motion for New Trial and Amendment of Judgment (Rec. Doc. 65) is DENIED.

New Orleans, Louisiana this   17th   day of   May  , 2006.

_____
UNITED STATES DISTRICT JUDGE